UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| METZL, JOSEPH A | ) | Case No. 08-11313-PHX RTB |
| METZL, CLARISA K | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 9/25/2010 | Central Telephone Company<br>PO Box 7971<br>Shawnee Mission, KS  66207 | $2.96 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of  $ 2.96  to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| January 12, 2011 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |